AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DEBRA BRILL,**

        Plaintiff,

     V.                     CASE NUMBER: **07-C-769**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's petition to proceed** *in forma pauperis* **is DENIED.**

**This action is hereby DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
|    September 26, 2007 |  JON W. SANFILIPPO |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |